AO (Rev. 5/85) Criminal Complaint

FILED IN OPEN COURT 2.9.17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

ROBERTO LANDEROS-GONZALEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:17-mj-1028-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 8, 2017, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about February 28, 2014,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Charles Stephens

Sworn to before me and subscribed in my presence,

February 9, 2017 at Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# CRIMINAL COMPLAINT AFFIDAVIT

I, Charles Stephens, being a duly sworn and appointed Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Border Patrol Agent for more than 28 years. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On February 8, 2017, your affiant and Border Patrol Agent Shelton McKenzie were assigned patrol duties along the Interstate 95 ("I-95") corridor in Duval County, Florida. From training and experience, your affiant knows that I-95 in this area is part of a corridor traveled by undocumented aliens into and out of Florida.

3. On February 8, 2017, at approximately 7:30 a.m., Agent McKenzie noticed a suspicious, heavily laden van traveling on Dunn Avenue near the Border Patrol Station in Duval County. Agent McKenzie notified your affiant via radio, then followed the van and ran the license plate. Agent McKenzie noticed several occupants in the van and that the passengers became visibly nervous when they noticed the agent's marked Border Patrol vehicle. As the agent followed the vehicle the driver of the van voluntarily pulled over and parked at a local store on Dunn

Avenue in Jacksonville, Duval County, Florida. Your affiant arrived to back up and assist Agent McKenzie. Your affiant and Agent McKenzie then approached the van and interviewed all occupants. Your affiant and Agent McKenzie identified themselves as Border Patrol Agents in the English language. The occupants acknowledged the agents but did not appear to understand English. Your affiant and Agent McKenzie then identified themselves as Border Patrol Agents in the Spanish language, at which time the occupants responded in Spanish.

4. During the encounter, your affiant and Agent McKenzie asked the occupants what their country of birth was. A passenger later identified as JESUS ROBERTO LANDEROS-GONZALEZ replied that he was from Mexico. LANDEROS-GONZALEZ stated that he last entered the United States on or about November 1, 2016, near Hidalgo, Texas. He admitted that he had crossed the border illegally and that he was not inspected by an immigration officer. LANDEROS-GONZALEZ was then administratively arrested and transported to the Jacksonville Border Patrol Station for processing.

5. At the Border Patrol Station, your affiant contacted the Border Patrol's Miami Sector Dispatch and asked them to run immigration service computer checks on LANDEROS-GONZALEZ. These checks revealed that a Mexican citizen with LANDEROS-GONZALEZ's name and date of birth had been ordered removed by an Immigration Judge and had subsequently been removed from the United States on February 28, 2014, through Del Rio, Texas.

6. Your affiant then entered LANDEROS-GONZALEZ's fingerprints into an automated biometric identification system that compares a person's fingerprints with the fingerprints in a database of persons who have been previously encountered by immigration authorities. The system returned a match and reflected that LANDEROS-GONZALEZ had been previously encountered and, as a result of this encounter, had been assigned an Alien Registration number ("A-number). Your affiant then conducted additional computer checks using the A-number, which reflected that LANDEROS-GONZALEZ is a citizen of Mexico who had been removed to Mexico on February 28, 2014, as stated above. There was no record that LANDEROS-GONZALEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States.

7. On February 8, 2017, your affiant interviewed LANDEROS-GONZALEZ. Before the interview, LANDEROS-GONZALEZ, was advised of his constitutional rights in the Spanish language. LANDEROS-GONZALEZ indicated that he understood these rights and that he was willing to answer questions without an attorney present. LANDEROS-GONZALEZ then admitted that he had been removed from the United States previously and that he had never requested permission to re-enter the United States after being removed.

8. On February 8, 2017, at approximately 2:00 p.m., Assistant United States Attorney Arnold B. Corsmeier was advised of the foregoing facts and he authorized criminal prosecution of LANDEROS-GONZALEZ.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that JESUS ROBERTO LANDEROS-GONZALEZ is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Charles Stephens, Border Patrol Agent
United States Border Patrol
Jacksonville, Florida